Jacob H. Jaffe and Esther Jaffe, Appellees, v. Bennett, Spanier and Company, Inc., Appellant.

Gen. No. 44,869.

Heard in the second division, first district, this court at the October term, 1950. Sonnenschein & Mitchell, for appellant; Harry L. Mitchell, of counsel; Alfred M. Loeser, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed October 10, 1950; rehearing denied October 20, 1950; released for publication November 2, 1950.